IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUMARY PADILLA ALEMANY

XXX-XX-1170

Debtor(s)

CASE NO. 16-06208 ESL

Chapter 7

**FILED & ENTERED ON 9/30/2016**

ORDER APPROVING SETTLEMENT/STIPULATION

This case is before the Court upon the settlement agreement/stipulation filed by the debtor and Mercedes Benz Financial Services, docket entry #8.

Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of September, 2016.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    ROBERTO ROMAN VALENTIN