IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                                                    *          BKRTCY. NO. 16-06208 ESL

LUMARY PADILLA ALEMANY                              *          CHAPTER 7

DEBTOR                                                              *

### DEBTOR'S NOTICE OF FILING OF *AMENDED STATEMENT OF INTENTION* for *INDIVIDUALS FILING UNDER CHAPTER 7 (OFFICIAL FORM 108)*

**TO THE HONORABLE COURT:**

**COMES NOW, LUMARY PADILLA ALEMANY,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting *Amended Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108)*, dated March 15, 2017, herewith and attached to this motion.

2. This amendment to the debtor's *Statement of Intention* is filed to amend and delete the incorrect provision for a car lease by Banco Popular de Puerto Rico, a 2013 Dodge RT Charger, and to correct the debtor's intention as to a car loan with Banco Popular de Puerto Rico, which the debtor intends to "*Retain and pay pursuant to contract*".

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Statement of Intention
Case no. 16-06208 ESL7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to all CM/EF participants and to the Chapter 7 Trustee and the US Trustee's Office; I also certify that a copy of this notice was sent to all creditors and parties in interest (CM/ECF non-participants) pursuant to the attached master address list.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 15th day of March, 2017.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **LUMARY PADILLA ALEMANY** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | 3:16-bk-6208 |

■ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                 12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Banco Popular De Puert** <br> Description of property securing debt: **2008 Dodge Charger** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ■ Retain the property and [explain]: **Retain and pay pursuant to contract** | ☐ No <br> ■ Yes |

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Flor Marina Reyes** <br> Description of leased Property: **Residential lease contract** | ☐ No <br> ■ Yes |

Official Form 108            Statement of Intention for Individuals Filing Under Chapter 7            page 1

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   PADILLA ALEMANY, LUMARY                             Case number *(if known)*   3:16-bk-6208

Lessor's name:   Mb Fin Svcs

☒ No
☐ Yes

Description of leased Property:   Car Lease on a 2013 Mercedes Benz GLK Class; Vehicle was surrendered to Secured Creditor MB.

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____
LUMARY PADILLA ALEMANY
Signature of Debtor 1

X _____
Signature of Debtor 2

Date   March 15, 2017

Date   _____

Official Form 108   Statement of Intention for Individuals Filing Under Chapter 7   page 2

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-06208-ESL7<br>District of Puerto Rico<br>Old San Juan<br>Wed Mar 15 10:59:05 AST 2017 | FIRSTBANK PUERTO RICO<br>Ledesma, Vargas & Villarrubia<br>PO BOX 194089<br>SAN JUAN, PR 00919-4089 | Mercedes-Benz Financial Services USA LLC<br>Fernandez Collins Cuyar & Pla<br>P.O. Box 9023905<br>San Juan, PR 00902-3905 |
| POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Banco Popular De Puert<br>PO Box 363228<br>San Juan, PR 00936-3228 |
| Banco Popular de PR<br>Popular Auto<br>PO Box 362708<br>San Juan, PR 00936-2708 | Carolina M Mejia Lugo, Esq.<br>PO Box 194089<br>San Juan, PR 00919-4089 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN ,PR 00908-0146 |
| Firstbank Puerto Rico<br>PO Box 11856<br>San Juan, PR 00910-3856 | Joseph Marcano Maldonado<br>Urb Montecasino<br>391 Calle Bambu<br>Toa Alta, PR 00953-3738 | Ledesma Vargas & Villarubia PSC<br>PO Box 194089<br>San Juan, PR 00919-4089 |
| Mb Fin Svcs<br>36455 Corporate Dr<br>Farmington Hills, MI 48331-3552 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | LUMARY PADILLA ALEMANY<br>URB QUINTAS REALES CALLE REY JORGE N2<br>GUAYNABO, PR 00969 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | ROBERTO ROMAN VALENTIN<br>US TRUSTEES OFFICE<br>PO BOX 9024003<br>SAN JUAN, PR 00902-4003 |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17