# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 16-06208-ESL |
| LUMARY PADILLA ALEMAÑY | CHAPTER 7 |
| Debtor (s) | |

## MOTION TO WITHDRAW AS LEGAL REPRESENTATION

TO THE HONORABLE COURT:

COMES NOW Creditor, FIRSTBANK PUERTO RICO INC. ("FirstBank"), through its undersigned attorney, and respectfully alleges and prays as follows:

1. The undersigned attorney has entered an appearance on behalf of creditor FirstBank Puerto Rico.

2. The undersigned attorney no longer works at Ledesma, Vargas & Villarrubia, PSC, for which reason we respectfully request this Honorable Court to accept our withdrawal from creditor FirstBank Puerto Rico's legal representation.

3. In compliance with Rule 9010-1 (d) (3), the undersigned conferred with the responsible officers of FIRSTBANK PUERTO RICO and briefed them of all the facts alleged in the present motion, of any pending motion before the Court and of any scheduled hearings.

4. It is respectfully informed that attorney Nicole Stowell Alonso will continue FirstBank's legal representation in the above captioned case.

WHEREFORE, it is respectfully requested from this Honorable Court to grant this motion, and provide any other remedy it may deem just and proper.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of May, 2017.

I HEREBY CERTIFY that this document has been electronically filed with the Clerk of this Court using the CM-ECF system which will send notice to Debtor's counsel, the Assistant U.S. Trustee and to all CM/ECF participants.

> S/*Yanice Colón-Pol*
> Yanice Colón-Pol
> USDC-PR No. 229603
> P.O. Box 194089
> San Juan, Puerto Rico 00919
> Tel 787-296-9500
> Email: ycolon@lvvlaw.com